In the Matter of the Claim of CORNELIUS DELAMATER et al., Respondents, *v.* PATRICK H. BYRNE, an Attorney, etc.. Appellant.

(Submitted April 6, 1880 ; decided April 13, 1880.)

*Charles G. Cronin* for appellant.

*N. A. H. Albert* for respondents.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.